UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-22805-BLOOM/Otazo-Reyes**

MARCIA TAYLOR,

    Plaintiff,

v.

ALEJANDRO N. MAYORKAS,
Secretary, U.S. Department of
Homeland Security,

    Defendant.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint. Plaintiff filed this action on September 2, 2022, *see* ECF No. [1], generating a December 1, 2022, service deadline. On October 11, 2022, the Court entered an Order directing Plaintiff to file proof of service within seven (7) days of perfecting service upon Defendant. *See* ECF No. [11]. The Order further stated that "[f]ailure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice." *Id.* To date, Plaintiff has not filed proof of service, or shown good cause. In addition, there is no evidence in the record of any factor that would otherwise justify a permissive extension of time to serve absent a showing of good cause— such as expiration of the applicable statute of limitations, or that Defendant is evading service or concealing a defect in attempted service.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Case No. 22-cv-22805-BLOOM/Otazo-Reyes

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to timely serve;

2. Each party shall bear its own attorneys' fees and costs;

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 7, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Marcia A. Taylor
1213 SW 34 Terrace
Cape Coral, FL 33914
954-394-7448
Email: marciataylor1@gmail.com
PRO SE